Ronald A. Clifford (State Bar No. 246542)
E-Mail: RClifford@BlakeleyLLP.com
BLAKELEY LLP
18500 Von Karman Ave., Suite 530
Irvine, California 92612
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Clayton W. Davidson (*Admitted Pro Hac Vice*)
E-Mail: CDavidson@mcneeslaw.com
MCNEES WALLACE & NURICK LLC
100 Pine Street – P.O. Box 1166
Harrisburg, PA 17108-1166
Telephone:  (717) 232-8000
Facsimile:  (717) 260-1678

Attorneys for Defendant Sphere Digital, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bk. Case No.: 2:17-bk-10900-ER |
| BLUE GLOBAL, LLC, | Chapter 7 |
| Debtor. | Adv. Case No. 2:17-ap-01452-ER |
| | Judge: Honorable Ernest M. Robles |
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, | **JURY TRIAL DEMAND AND OBJECTION TO AUTHORITY** |
| Plaintiff, | |
| v. | |
| SPHERE DIGITAL, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

---

**JURY TRIAL DEMAND AND OBJECTION TO AUTHORITY**

1

Sphere Digital, LLC, (the "Defendant"), by and through its undersigned counsel, hereby files this *Jury Trial Demand and Objection to Authority* and in support thereof states the following:

1. On October 26, 2017 Defendant filed an Answer with New Matter and Request for Jury Trial in the above captioned case. *Langenkamp v. Culp*, 498 U.S. 42, 44-45 (1990) (right to jury trial exists in preference action).

2. Defendant has not appeared or otherwise participated in the above-referenced bankruptcy proceeding or in any other way submitted itself to the jurisdiction of the Bankruptcy Court.

3. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Local Bankruptcy Rule 9015-2(b)(3), the Defendant reiterates its demand for a jury trial in relation to all claims and causes of actions asserted in the complaint filed by the Plaintiff.

4. Pursuant to 28 U.S.C. § 157(e), the Defendant does not consent to the Bankruptcy Court conducting a jury trial or this Court entering a final order in this adversary proceeding.

Dated: December 1, 2017                         **BLAKELEY LLP**

                                                By:  */s/Ronald A. Clifford*
                                                        Ronald A. Clifford

                                                **MCNEES WALLACE & NURICK LLC**
                                                Clayton W. Davidson (*Admitted Pro Hac Vice*)
                                                100 Pine Street - P.O. Box 1166
                                                Harrisburg, PA 17108- 1166
                                                Direct Fax: 717-260-1678
                                                Phone: 717-232-8000
                                                cdavidson@mcneeslaw.com

                                                *Co-counsel for Sphere Digital, LLC*

---

**JURY TRIAL DEMAND AND OBJECTION TO AUTHORITY**

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

18500 Von Karman Ave., Suite 530, Irvine, CA 92612.

A true and correct copy of the foregoing document entitled **JURY TRIAL DEMAND AND OBJECTION TO AUTHORITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 1, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey S Kwong on behalf of Plaintiff TIMOTHY J. YOO, Chapter 7 Trustee: jsk@lnbyb.com; jsk@ecf.inforuptcy.com

Timothy Yoo (TR): tjytrustee@lnbyb.com; tyoo@ecf.epiqsystems.com; tjy@trustesolutions.net

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 1, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey S. Kwong, Esq.
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 1, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Overnight Mail
Honorable Ernest M. Robles
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2017 | Ronald A. Clifford | /s/ Ronald A. Clifford |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**