MONICA Y. KIM (State Bar No. 180139)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  MYK@LNBYB.COM; JSK@LNBYB.COM

Attorneys for Timothy J. Yoo,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:17-BK-10900-ER |
| | ) |
| BLUE GLOBAL, LLC, | ) Chapter 7 Case |
| | ) |
| Debtor. | ) Adversary Case No. 2:17-ap-01452-ER |
| | ) |
| | ) |
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, | ) **NOTICE OF SETTLEMENT AND** |
| | ) **REQUEST TO VACATE ALL** |
| Plaintiff, | ) **DEADLINES AND HEARINGS IN** |
| v. | ) **ADVERSARY PROCEEDING** |
| | ) **(INCLUDING THE PRE-TRIAL** |
| SPHERE DIGITAL, LLC, | ) **CONFERENCE)** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) Pre-Trial Conference |
| | ) Date: August 14, 2018 |
| | ) Time: 11:00 a.m. |
| | ) Place: Courtroom 1568 |
| | )         255 East Temple Street |
| | )         Los Angeles, California 90012 |

1

**PLEASE TAKE NOTICE** that Timothy J. Yoo, the chapter 7 trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate (the "Estate") of Blue Global, LLLC (the "Debtor"), on the one hand, and Defendant Sphere Digital, LLC (the "Defendant"), on the other hand, (collectively the "Parties") have entered into a settlement agreement (the "Agreement") resolving their disputes in connection with the above-captioned adversary proceeding. On July 26, 2018, the Trustee filed his motion, under Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o), to approve the compromise and Agreement in the Debtor's main bankruptcy case [Bankr. Doc. No. 63] (the "9019 Motion"). Once the opposition period for the 9019 Motion passes with no response, the Trustee will promptly lodge an order approving the 9019 Motion. A copy of the 9019 Motion is attached as **Exhibit "1"** hereto.

The Trustee respectfully requests that the Court vacate all deadlines and hearings in this adversary proceeding, including the August 14, 2018 at 11:00 a.m. pretrial conference.

Dated: August 3, 2018            LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:     */s/ Jeffrey S. Kwong*
      MONICA Y. KIM
      KURT RAMLO
      JEFFREY S. KWONG
      Attorneys for Plaintiff
      Timothy J. Yoo, Chapter 7 Trustee

# EXHIBIT "1"

MONICA Y. KIM (State Bar No. 180139)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  MYK@LNBYB.COM; JSK@LNBYB.COM

Attorneys for Timothy J. Yoo
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BLUE GLOBAL, LLC<br><br>Debtor. | Case No.: 2:17-BK-10900-ER<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSIES RELEVANT TO RECOVERY OF PREFERENTIAL TRANSFERS**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Timothy J. Yoo, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Blue Global, LLC, the debtor herein (the "Debtor"), has filed a motion with this Court for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy procedure, and Rule 9013-1(o) of the Local Bankruptcy Rules approving the compromise of controversies that he has entered into with Sphere Digital, LLC (the "Defendant") relevant to the recovery of preferential transfers (the "Motion").

1

The compromise of controversies that is the subject of the Motion will resolve the Trustee's claims against the Defendant to avoid and recover preferences pursuant to 11 U.S.C. §§ 547 and 550 (the "Compromise"). The Compromise will resolve any outstanding controversies relevant to the transfers made to the Defendant at issue. The amount at issue in the adversary proceeding against the Defendant (*i.e.*, the aggregate amount that the Trustee contends was transferred to Defendant during the 90 days before the Debtor's petition date) is $594,944.81. By the Compromise, the Trustee will recover a total of $75,000 cash for the Estate (paid in six monthly installments of $12,500 each, with the first installment delivered to the Trustee on July 15, 2018, and five payments thereafter on August 15, 2018, September 15, 2018, October 15, 2018, November 15, 2018, and December 15, 2018), which will benefit the Estate and its creditors. A copy of the settlement agreement entered into between the Trustee and the Defendant (the "Settlement Agreement") is attached to the Motion as **Exhibit "1"**. The above description is a summary; it is not meant to be a comprehensive review of the provisions of the Settlement Agreement. In the event of any inconsistencies between the terms and provisions of the Settlement Agreement and the descriptions above, the provisions in the Settlement Agreement shall govern and not this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon 11 U.S.C. §§ 105 and 323(a), Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, and Rule 9013-1(o) of the Local Bankruptcy Rules; the Memorandum of Points and Authorities and the Declaration of Timothy J. Yoo; this Notice of the Motion filed with the Court and served upon all interested parties; all pleadings and records on file herein; all matters which are subject to judicial notice; and all other evidence which may be introduced at or prior to any hearing on the Motion (if any). The Motion is made on the grounds that the Compromise is in the best interest of the Estate and is an exercise of the Trustee's reasonable business judgment.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained from the Bankruptcy Court or reviewed at the Bankruptcy Court. Persons desiring a copy of the Motion may also contact Jeffrey S. Kwong of Levene, Neale, Bender, Yoo & Brill,

L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067-6200; telephone (310) 229-1234; facsimile (310) 229-1244. Copy and postage expenses may be charged in advance.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o)(1) requires that any response and request for a hearing on the Motion must be filed with the Court and served on the Trustee and the Office of the United States Trustee within fourteen (14) days after the date of service of the notice, plus 3 additional days if the notice was served by mail, electronically, or pursuant to Fed. R. Civ. Pro. Rule 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-(1)(h), failure to file and serve a timely response to the Motion may be deemed to be consent to the granting of this Motion.

**WHEREFORE**, the Trustee respectfully requests this Court enter an order:

1. Approving the Compromise with the Defendant as being in the best interest of the Estate and an exercise of the Trustee's reasonable business judgment.

2. Approving the form of the Settlement Agreement that the Trustee has entered into with the Defendant.

3. Determining that adequate notice of this Motion was provided to all interested parties.

4. Authorizing the Trustee to execute any and all documents necessary to effectuate the Compromise that is the subject of this Motion; and

5. Granting any and other further relief as may be just and proper.

DATED: July 26, 2018        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:  /s/ Jeffrey S. Kwong
    MONICA Y. KIM
    JEFFREY S. KWONG
    Attorneys for Timothy J. Yoo, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSIES RELEVANT TO RECOVERY OF PREFERENTIAL TRANSFERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 26, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- Katalina Baumann    katalina.baumann@akerman.com, evelyn.duarte@akerman.com
- Sanaz S Bereliani    berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Michael B Brown    michael.brown@stoel.com, docketclerk@stoel.com;dawn.forgeur@stoel.com
- Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- John Du Wors    ecf@newmanlaw.com, john@newmanlaw.com;keith@newmanlaw.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Jeffrey J Hagen    jeff@hagenhagenlaw.com
- Allan H Ickowitz    aickowitz@nossaman.com, mwiman@nossaman.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Scott Lee    slee@lbbslaw.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- Scott A Schiff    sas@soukup-schiff.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy Yoo (TR)    tjytrustee@lnbyb.com, tyoo@ecf.epiqsystems.com;tjy@trustesolutions.net
- Sarah de Diego    sarah@dediegolaw.net, sarahc@dediego.law

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On July 26, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 26, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

\#

In re Blue Global, LLC
File No. 8113
9019 Service List

Debtor
Blue Global, LLC
324 S Beverly Dr #708
Beverly Hills, CA 90212

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Clayton W Davidson
MCNEES WALLACE & NURICK LLC
100 Pine Street P.O. Box 1166
Harrisburg, PA 17108-1166

Ronald Clifford
Blakeley LLP
18500 Von Karman Avenue, Suite 530
Irvine, CA 92612

Sphere Digital, LLC
Attn: Officer, Managing or General Agent, or Other Authorized Agent for Service of Process c/o C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
Chicago IL 60604

Sphere Digital, LLC
Attn: Officer, Managing or General Agent, or Other Authorized Agent for Service of Process
500 N MICHIGAN AVENUE
Chicago IL 60611

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-10900-ER<br>Central District of California<br>Los Angeles<br>Thu Jul 26 10:49:16 PDT 2018 | Blue Global, LLC<br>10024 Paseo Montvil Rd<br>#602<br>San Diego, CA 92129-3915 | Soundside Holdings, LLC<br>c/o Bovitz & Spitzer<br>1100 Wilshire Boulevard<br>Suite 2403<br>Los Angeles, CA 90017-1961 |
| TN Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | 1 800 Company<br>28015 Smyth Drive #600<br>Valencia, CA 91355-4023 |
| 3 Click Ventures Inc<br>7113 W 135th Street, Ste 311<br>Overland Park, KS 66223-1238 | 4 Play Media LLC<br>3909 Hartzdale Drive, Ste 907<br>Camp Hill, PA 17011-7838 | ADR<br>591 Camino De La Reina #400<br>San Diego, CA 92108-3106 |
| ADT<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | Accredited Debt Relief<br>591 Camino De La Reina, Ste 818<br>San Diego, CA 92108-3110 | Ace Funding Source LLC<br>366 North Broadway, Ste 410<br>Jericho, NY 11753-2000 |
| Ad Practitioners LLC<br>Metro Office Park 7 Calle 1,<br>Suite 204<br>Santa Catalina, PR 00968 | Ad Practitioners LLC<br>c/o Jason Bernstein<br>2101 Fourth Ave Ste 1500<br>Seattle WA 98121-2336 | AdGenics LLC<br>95 NE 4th Ave, Ste 100<br>Delray Beach, FL 33483-4571 |
| AdMediary<br>25876 The Old Road #227<br>Stevenson Ranch, CA 91381-1711 | Adconion Direct Inc<br>2658 Del Mar Heights Rd.<br>Suite 203<br>Del Mar, CA 92014-3100 | Admediary LLC<br>27943 Smyth Drive Suite 207<br>Valencia CA 91355-6018 |
| Affiliaxe Ltd<br>4 Ramchal St.<br>Tel Aviv Merkaz, 65785<br>ISRAEL | All Inbox LLC<br>244 Fifth Ave.<br>Suite 1923<br>New York, NY 10001-7604 | Alliance Marketing Partners<br>10601 Tierrasanta<br>BL G371<br>San Diego, CA 92124-2631 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amobee<br>950 Tower Lane Suite 2000<br>Foster City, CA 94404-4255 |
| Amobee Inc<br>10201 Wateridge Circle Sujite 400<br>San Diego, CA 92121-5800 | Anaya Law Group<br>Attn: Alana B. Anaya, Esq.<br>RE: 13A27605<br>26135 Mureau Road, Ste 203<br>Calabasas, CA 91302-3100 | Andante Law<br>4110 N. Scottsdale Rd.<br>Suite 330<br>Scottsdale, AZ 85251-4423 |
| Ariel Online<br>4250 Galt Ocean Dr. 6K<br>Fort Lauderdale, FL 33308-6128 | Arizona Corporation Commission<br>1300 W Washington St<br>Phoenix, AZ 85007-2951 | Arizona Department of Revenue<br>Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 |

```
Arrow Centric LLC              Arrow.Centric LLC               Automatic Data Processing
27943 Smyth Drive #207         695 Central Ave.                7474 W. Chandler Blvd.
Valencia CA 91355-6018         Suite 250                       Chandler, AZ 85226-3207
                               Saint Petersburg, FL 33701-3669


Avenlo Media Group Inc         B Two Direct LLC                B2B CFO
3100 Steeles Ave. E.           100 Sterling Parkway            ATTN: Brian Rowland
Suite 402                      Ste. 305                        PO Box 5131
Markham, ON  L3R 8T3           Mechanicsburg, PA 17050-2903    Scottsdale, AZ 85261-5131
CANADA


Bank of Arizona                Banner Edge                     Blue Cross of Arizona
7000 E Mayo Blvd, Bldg 22      14350 N. 87th St. Ste. 105      2444 W Las Palmaritas Drive
Phoenix, AZ 85054-6160         Scottsdale, AZ 85260-2656       Phoenix, AZ 85021-4860


Blueprint Industries LLC       Break Media                     Bulldog Media Group Inc
40 Broad St. 12A               5757 Wilshire Blvd. Ste. 300    114 N. Egan Ave.
New York, NY 10004-8900        Los Angeles, CA 90036-3683      Madison, SD 57042-2909


Butterfield Schechter LLP      (p)CITIBANK                     Cactus Media
10021 Willow Creek Rd.         PO BOX 790034                   176 N. Old Woodward Ave.
Ste. 200                       ST LOUIS MO 63179-0034          Birmingham, MI 48009-3371
San Diego, CA 92131-1670


Captain Clever Marketing       Cardinal Points Mngmt Data      Cash Is King Marketing
101 Palafox Pl Unit 12670      11300 4th Street North- Suite 250   7904 E. Chaparral Road
Pensacola, FL 32591-7809       Saint Petersburg, FL 33716-2918 Suite A110-481
                                                               Scottsdale, AZ 85250-7371


Cedric Brown                   Christopher Kay                 Cincinnati Insurance Company
1823 W Alta Vista Road         324 S Beverly Drive #708        Andy Eminger, Assoc Superintendent
Phoenix, AZ 85041-5506         Beverly Hills, CA 90212-4801    PO Box 145496
                                                               Cincinnati, OH 45250-5496


Click Media                    Click Media dba Net1promotions  Clickboothcom LLC
53 S. Main Street, Suite 300   53 S. Main Street, Ste 300      5901 N. Honore Ave.
Alpharetta, GA 30009-8113      Alpharetta, GA 30009-8113       Sarasota, FL 34243-2632


Comerica                       Comerica Bank                   Comerica Bank
2321 Rosecrans Avenue, Suite 5000   1717 Main Street           c/o Laura H. Alfaro
El Segundo, CA 90245-7902      Dallas, TX 75201-4612           2321 Rosecrans Avenue, Suite 5000
                                                               El Segundo, CA 90245-7902


Comerica LOC                   Comerica Loan                   Company Responder Inc
2321 Rosecrans Avenue, Suite 5000   2321 Rosecrans Avenue, Suite 5000   5348 Vegas Drive #789
El Segundo, CA 90245-4903      El Segundo, CA 90245-4903       Las Vegas, NV 89108-2347
```

| | | |
|---|---|---|
| Concise Media Group<br>137 Varick St Ste 602<br>New York, NY 10013-1105 | Convert2Media LLC<br>2910 Maguire Road<br>Ste 2010<br>Ocoee, FL 34761-4743 | Culligan Water<br>Culligan of Phoenix Dept. 8931<br>PO Box 77043<br>Minneapolis, MN 55480-7743 |
| D and D Marketing Inc<br>15503 Ventura Blvd., Suite 300<br>Encino, CA 91436-3127 | Data Monetization Services<br>6440 Lusk Blvd<br>Ste D-211<br>San Diego, CA 92121-2762 | Diablo Media LLC<br>2641 Walnut Street<br>Denver, CO 80205-2230 |
| Dot818<br>1111 N Brand Blvd, #401<br>Glendale, CA 91202-3071 | Dragon Dog Media Inc<br>1407 Timber Wolf Drive<br>Durham, NC 27713-7095 | EIN Capital<br>160 Pearl Street, 5th FL<br>New York, NY 10005-1631 |
| Ellin and Tucker<br>400 E Pratt St, Suite 200<br>Baltimore, MD 21202-3193 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Findercom LLC<br>Level 10/99 York St,<br>Sydney NSW 200<br>AUSTRALIA | Flex Marketing Group<br>Attn: Alana Tendler<br>2150 Broadway #7D<br>New York, NY 10023-8258 | Folks and OConnor<br>Attn: Larry O. Folks<br>1850 N Central Ave, Ste 1140<br>Phoenix, AZ 85004-4586 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Franktion Marketiks<br>S.G. Road Ahmedabad,<br>Gujarat 380015<br>INDIA | Frontline Media LLC<br>825-C Merrimon Ave, Suite 360<br>Asheville, NC 28804-2404 |
| Fusion Online Media<br>5207 Camden Lake Pkwy NW Suite 100<br>Acworth, GA 30101-8045 | Gallagher and Kennedy<br>2575 E Camelback Rd.<br>Phoenix, AZ 85016-9254 | Global Agora Dba Union Square<br>429 Lenox Avenue 5th Floor<br>Miami Beach, FL 33139-6532 |
| GlobalWide Media<br>2945 Townsgate Road, #350<br>Westlake Village, CA 91361-5869 | Green Capital Funding<br>53 Mason St #6b<br>Greenwich, CT 06830-5427 | Gust Rosenfeld PLC<br>Attn: Rob Haws<br>One E Washington, Suite 1600<br>Phoenix, AZ 85004-2553 |
| Gust Rosenfeld PLC<br>c/o Sean O'Brien<br>One East Washington, Ste. 1600<br>Phoenix, AZ 85004-2553 | H2H Interactive Inc<br>435 E 79 St., Ste. 6P<br>New York, NY 10075-1074 | Hansen House<br>411 Aloe Street<br>Egg Harbor City, NJ 08215-3559 |
| Helm Condo LLC<br>10869 N Scottsdale Rd #103-119<br>Scottsdale, AZ 85254-5280 | Honest Payday<br>Green Complex, Abid market<br>Lahore<br>Punbjab 54000<br>PAKISTAN | IC System Inc<br>444 Highway 96 St.<br>Saint Paul, MN 55127-2557 |

| | | |
|---|---|---|
| IP Planet LLC<br>5817 CONGRESS ST.<br>Gulf Breeze, FL 32563-9614 | Inbox Media LLC<br>ATTN: Nguyen<br>599 S Barranca Ave<br>Suite 212<br>Covina, CA 91723-2785 | Infusionsoft<br>NCS Companies PO Box 50276<br>Sarasota, FL 34232-0302 |
| Interlincx Media Corp.<br>1024 Palm Ave.<br>West Hollywood, CA 90069-4005 | Interlincx Media Corporation<br>8766 Holloway Dr<br>West Hollywood, CA 90069-2327 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iovation<br>111 SW 5th Avenue<br>Ste 3200<br>Portland, OR 97204-3635 | Joseph Cotterman Esq<br>Andante Law Group<br>4110 North Scottsdale Road, Ste 330<br>Scottsdale, AZ 85251-4423 | Justin Clark<br>5537 Spanish River Rd<br>Fort Pierce, FL 34951-2898 |
| Kang Spanos and Moos LLP<br>300 Spectrum Center Dr #1090<br>Irvine, CA 92618-4992 | Kronenberger Rosenfeld LLP<br>150 Post St. Ste 520<br>San Francisco, CA 94108-4707 | Kronenberger Rosenfeld LLP<br>ATTN: Jeffrey M. Rosenfeld<br>150 Post Street Ste 520<br>San Francisco, CA 94108-4707 |
| Ksix LLC<br>10624 S. Eastern Ave. Suite A-910<br>Henderson, NV 89052-2982 | Lashback LLC<br>1017 Olive Street, 4th Floor<br>Saint Louis, MO 63101-2022 | Law Ofcs of Daniel Balsam<br>2601C Blanding Ave #271<br>Alameda, CA 94501-1579 |
| Law Offices of Robert Lesser<br>7200 Highway 278 NE, Ste 205<br>Covington, GA 30014-1530 | Lead Flash<br>6700 Broken Sound Pkwy NW<br>Boca Raton, FL 33487-2777 | Lead Intention Inc<br>31 E 32nd St, 1202<br>New York, NY 10016-5547 |
| Lead Toro<br>21301 S Tamiami Trail #320<br>Estero, FL 33928-2943 | LeadVision Media LLC<br>dba Revenue Ads<br>2304 S. Post Road<br>Oklahoma City, OK 73130-7524 | Leadflash LLC<br>6700 Broken Sound Pkwy NW<br>Boca Raton, FL 33487-5701 |
| LeadsMarket<br>21600 Oxnard St, Suite 1900<br>Woodland Hills, CA 91367-7808 | LeadsMarketcom LLC<br>16161 Ventura Blvd, Ste C717<br>Mission Hills, CA 91346 | Levick Strategic Comm<br>122 East 42nd Street<br>New York, NY 10168-0002 |
| Liang ZhiYi<br>RM 503, No.21<br>ChangGangZhong<br>2 St GangZhou GuangZhou 510250<br>CHINA | Lincoln Trust LT Trust<br>1675 Broadway #500<br>Guffey, CO 80820-2000 | Luav LLC<br>12500 Fair Lakes Circle, Suite 130<br>Fairfax, VA 22033-3804 |
| Madrivo Media<br>3889 S. Easter Ave<br>Las Vegas, NV 89169-3322 | Madrivo Media LLC<br>c/o Sarah de Diego<br>1223 Wilshire Blvd 148<br>Santa Monica CA 90403-5406 | Mansfield Law<br>121 SW Morrison  #400<br>Portland, OR 97204-3134 |

| | | |
|---|---|---|
| Mantis Funding<br>64 Beaver Street, Ste 344<br>New York, NY 10004-2508 | Mantis Funding, LLC<br>Attn: Adam B. Sloane<br>315 Madison Ave., Suite 4026<br>New York, NY 10017-5457 | Matomy USA Inc<br>77 Water St., 12th Floor<br>New York, NY 10005-4408 |
| MaxBounty Inc<br>PO Box 17039<br>Ottowa ON K4A 4W8<br>CANADA | Media Dot<br>Corp Z, Bulevardul Iuliu Maniu 7,<br>Bucuresti 061072<br>ROMANIA | Media Space Marketing Inc<br>2172 W. Nine Mile Road #146<br>Pensacola, FL 32534-9413 |
| Mediaity<br>46509 Mission Blvd. #176<br>Fremont, CA 94539-7993 | Michael R Boulger<br>4747 Morena Blvd, Suite 250<br>San Diego, CA 92117-3468 | Modaramo LLC<br>20 Vanderventer Ave. Ste 105E<br>Port Washington, NY 11050-3711 |
| Monster Social Inc<br>Caribe Plaza 6th Floor,<br>Palmeras St #53<br>San Juan, PR 00901-2421 | Moonshot Marketing LTD<br>Kaufmann St 2, Tel Aviv-Yafo<br>ISRAEL | (c)MORGAN AND ASSOCIATES PC<br>ATTN: BOBBY G. IRBY<br>2601 NW EXPRESSWAY STE 205E<br>OKLAHOMA CITY OK 73112-7265 |
| Moxie Communications<br>4054 Del Rey Ave. Unit 204<br>Marina Del Rey, CA 90292-5680 | NYS Dept of Financial Svcs<br>Attn: Paula Lequerica-Sternberg<br>One State Street<br>New York, NY 10004-1561 | National Corp Research<br>10 E 40th St<br>10th Floor<br>New York, NY 10016-0201 |
| Natural Intelligence<br>Lincoln St 20, Tel Aviv-Yafo,<br>ISRAEL | Neverblue Media Company<br>1221 Broad Street, Suite 303<br>Victoria BC V8W2A4<br>CANADA | New Blue Ocean Inc<br>7302 East Helm Drive, Ste 2005<br>Scottsdale, AZ 85260-3126 |
| New Horizon Bus Svc Inc<br>Attn Liz Roberts<br>1350 E Flamingo Rd #3329<br>Las Vegas, NV 89119-5263 | NewAge Marketing LLC<br>Dba Bizprofits<br>4930 Balboa Blvd #261322<br>Encino, CA 91426-7065 | Next Level Funding<br>450 Park Ave S<br>New York, NY 10016-7320 |
| OLF<br>502 Shapath-1<br>Opprajpath Club SS<br>Road Ahenederbad Gujarat India | Oaks Financial Services LLC<br>18942 Hwy 13 #F-150<br>Branson West, MO 65737 | Ofc of the AZ Attorney General<br>Civil Litigation, Div Cons. Protect<br>1275 West Washington St<br>Phoenix, AZ 85007-2926 |
| Offer Annex<br>2362 E Springfield Pl<br>Chandler, AZ 85286-1232 | OnBlaze LLC<br>c/o Accounting Department<br>PO Box 225<br>Santa Clara, CA 95052-0225 | Online Lenders Alliance<br>PO Box 320130<br>Alexandria, VA 22320-4130 |
| Orchidea Life Growth<br>809 Kings Highway<br>Brooklyn, NY 11223-2254 | Overseenet<br>550 S. Hope Street, Suite 200<br>Los Angeles, CA 90071-2672 | Partnersedge Network<br>9000 Burma Road, Suite 106<br>West Palm Beach, FL 33403-1606 |

Patricia E Ronan Law LLC
PO Box 55341
Phoenix, AZ 85078-5341

Paulina Kay
10422 McKinney Court
San Diego, CA 92131-6128

Peerfly Inc
14690 NW 151 Blvd
Alachua, FL 32615-5328

Platform Lead Limited
14 GREENBURN HOUSE ROAD
Aberdeen, United Kingdom

Pomo One Marketing Inc
625 East Hwy 20
Upper Lake, CA 95485

PowerUp Lending
111 Great Neck Road, Ste 216
Great Neck, NY 11021-5408

Praxus Media
209-25 Telegram Mews
Toronto Ontario M5V3Z1 Canada

Pristine Media Group
4305 Windsor Centre Trail Suite 400
Flower Mound, TX 75028-1867

Proffiliates Inc
50 California Street
Suite 1500
San Francisco, CA 94111-4612

Proffiliates Inc
Michael Koch
55 Fountain St
San Francisco CA 94114-3563

Promo One Marketing
PO Box 919218
San Diego, CA 92159

Purch Group Inc
251 20th Street 2nd Fl
Ogden Utah 84401-0438

Q Interactive LLC
1601 NW 136th Ave, Suite A-200
Fort Lauderdale, FL 33323-2834

REP LLC
7302 E Helm Drive #2006
Scottsdale, AZ 85260-3126

RS RAN
Attn Rony Shabat
Begin 3 St.
Ramat GAN 5268101
ISRAEL

RTK Media Inc
8190 Avens Circle
Colorado Springs, CO 80920-5701

Rackspace
PO Box 730759
Dallas, TX 75373-0759

Rebar Interactive LLC
221 North Harbor Boulevard
Fullerton, CA 92832-1850

RedP Marketing
PO BOX 656
Bondi Junction NSW
1355 Australia

Regus Beverly Hills
9465 Wilshire Blvd. Suite 300
Beverly Hills, CA 90212-2624

Regus Chicago
875 N MIchigan Ave, Suite 3100
Chicago, IL 60611-1962

Regus Dallas
15305 Dallas Pkwy, Suite 400
Addison, TX 75001-6922

Regus New York City
245 Park Avenue, 39th Fl
New York, NY 10167-4000

Regus San Diego
501 W. Broadway Suite 800
San Diego, CA 92101-3546

Regus San Francisco
425 Market St, Suite 2200
San Francisco, CA 94105-2434

Regus Scottsdale
7047 E. Greenway Pkwy, Suite 250
Scottsdale, AZ 85254-8113

Regus Sugarland
2245 Texas Drive Suite 300
Sugar Land, TX 77479-1468

Rightful Software Pvt Ltd
B-11 INDIRA MARKET
RAVISHANKAR NAGAR ARERA
COLONY BHOPAL MADHYA PRADESH 462001
INDIA

Rose Izazi James JD
4220 Factoria Blvd, S.E. #305
Bellevue, WA 98006-1964

Round Sky Inc
848 N Rainbow Blvd, #326
Las Vegas, NV 89107
RPD Reputationcom
1001 Marshall St., 2nd Floor
Redwood City, CA 94063-2054

| | | |
|---|---|---|
| Ryan Buell<br>14350 N. 87th Ste 110<br>Scottdale AZ 85260-2656 | Selling Source LLC<br>325 E Warm Springs Road #200<br>Las Vegas, NV 89119-4240 | SingerLewak<br>10960 Wilshire Blvd, 7th Floor<br>Los Angeles, CA 90024-3710 |
| Soundside Holdings Inc<br>100 Northcliff Dr. #711.<br>Gulf Breeze, FL 32562-7731 | Sphere Digital LLC<br>500 N Michigan A #1540<br>Chicago, IL 60611-3758 | Squar Milner LLP<br>Attn Shahi Mirpuri<br>4100 Newport Place #600<br>Newport Beach, CA 92660-1413 |
| Squar Milner Peterson Miranda<br>& Williamson LLP<br>4100 Newport Place, Suite 600<br>Newport Beach, CA 92660-1413 | Startervine<br>5235 E Southern Ave. D106-157<br>Mesa, AZ 85206-3626 | State of Delaware<br>861 Silver Lake Blvd #203<br>Dover, DE 19904-2467 |
| State of New York<br>One State Street, 19th Floor<br>New York, NY 10004-1561 | Stoel Rives LLP<br>Attn: Stephen H. Galloway<br>760 SW Ninth Ave, Ste 3000<br>Portland, OR 97205-2587 | Store Front Lenders LLC<br>1111 N. Brand Blvd, #401<br>Glendale, CA 91202-3071 |
| Submission Technology LTD<br>The Beater House Turkey<br>Mill Maidstone Kent ME 14 5PP<br>United Kingdom | Superior Court of AZ<br>1501 W. Washington, #411<br>Case#CV 2016-005811<br>Phoenix, AZ 85007-3227 | TMG Digital Services<br>821 SW Alsbury Blvd<br>Burleson, TX 76028-4089 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>POB 20207<br>Nashville, TN 37202-4015 | TechMediaNetwork Inc<br>251 20th Street, 2nd Floor<br>Ogden, UT 84401-0438 | Techcon Industries<br>4600 Kietzke Ln., N-254<br>Reno, NV 89502-5000 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | Tennessee Dept of Revenue<br>Andrew Jackson State Office Buildin<br>Nashville, TN 37242-0001 | Texas Email Company LLC<br>3715 Gamlin Bend Drive<br>Houston, TX 77082-2940 |
| The Affiliati Network Inc<br>521 Alton Rd. #160<br>Miami Beach, FL 33139 | The DelFin Project Inc<br>Michael Maker<br>200 W Palmetto Park Rd.<br>Suite 201<br>Boca Raton, FL 33432-3759 | The Federal Trade Commission<br>Bureau of Consumer Protection<br>600 Pennsylvania Ave, NW<br>CC-10232<br>Washington, DC 20580-0001 |
| The Wisdom Company<br>909 N Sepulveda Blvd suite 210<br>El Segundo, CA 90245-2734 | Trustpilot Inc<br>245 Fifth Avenue ,4th floor<br>New York, NY 10016-8728 | US Bank Credit Cards<br>P.O. Box 6352<br>Fargo, ND 58125-6352 |
| UU Marketing LLC<br>1516 E Tropicana Ave<br>Las Vegas, NV 89119-6525 | Unbent Media<br>2086 Broadway St.<br>Redwood City, CA 94063-1802 | Union Square Media Group, LLC<br>c/o  Sarah de Diego<br>1223 Wilshire Blvd 148<br>Santa Monica CA 90403-5406 |

| | | |
|---|---|---|
| Unique Funding Solutions<br>dba Ace Funding Source<br>3 Huntington Quadrangle #407<br>Melville, NY 11747-4602 | United Health Care<br>1 East Washington Street #1700<br>Phoenix, AZ 85004-2583 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Upbuilt LLC<br>4810 Caswell Ave<br>Austin, TX 78751-2619 | VastCast Media Inc<br>6280 S. Valley View, Suite 318<br>Las Vegas, NV 89118-3890 | Venable LLP<br>575 Seventh Street NW<br>Washington, DC 20004-1640 |
| Venable LLP<br>750 E Pratt Street Suite 900<br>Baltimore MD 21202-3157 | Verizon Wireless<br>PO BOX 4005<br>Acworth, GA 30101-9006 | Virginia Workers Comp Commission<br>Insurance Department<br>1000 DMW Drive<br>Richmond, VA 23220 |
| W4 LLC<br>Dept LA 23609<br>Pasadena, CA 91185-3609 | William Silverstein<br>3540 Wilshire Blvd, Ste 417<br>Los Angeles, CA 90010-2348 | Wilmington Trust<br>Rodney Square North<br>1100 North Market St.<br>Wilmington, DE 19890-0001 |
| Wilmington Trust , National Association<br>Greg Golden, Vice President<br>Institutional Retirement Serv/Unit Mgr<br>1100 N Market St 9th Fl<br>Wilmington DE 19801-1299 | Xerox Corporation<br>P.O. BOX 7405<br>Pasadena, CA 91109-7405 | Xerox Corporation<br>c/o V.O. Adams<br>1303 Ridgeview Dr 450<br>Lewisville TX 75057-6018 |
| Yahoo! Inc.<br>c/o Lawrence Schwab<br>Bialson, Bergen & Schwab<br>633 Menlo Avenue, Suite 100<br>Menlo Park, CA 94025-4711 | Yellowpages<br>PO Box 50038<br>Jacksonville Beach, FL 32240-0038 | Zero Parallel LLC<br>505 Brand Blvd, Suite 1450<br>Glendale, CA 91203-3326 |
| Zeta Ineteractive<br>1000 Wisconsin Ave, NW Ste 100<br>Washington, DC 20007-3634 | eBay Enterprise Mktg Sol<br>935 First Avenue<br>King of Prussia, PA 19406-1342 | Sanaz S Bereliani<br>Bereliani Law Firm<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064-1584 |
| Thomas H Casey<br>Law Office of Thomas H. Casey<br>22342 Avenida Empresa, Suite 200<br>Rancho Santa Margarita, CA 92688-2148 | Timothy Yoo (TR)<br>Levene Neale Bender Yoo & Brill LLP<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2581 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CITI American Airlines<br>PO Box 183113<br>Columbus, OH 43218-3113 | Federal Trade Commission<br>Michael E Tankersley, Bureau of CP<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Morgan and Associates PC
Attn: Bobby G. Irby
2601 N.W. Expressway, Suite 205 E
Oklahoma City, OK 73112-7229

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)ASI Media LTD
2 High Royd Lane
Hoylandswaine Sheffield
South Yorkshire S36 7J

(u)Robinson Brog Leinwand
Greene Genovese & Gluck P.C.
875 Third Ave, 9th FL
NY 10220-1230

End of Label Matrix
Mailable recipients   232
Bypassed recipients     3
Total                 235

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES AND HEARINGS IN ADVERSARY PROCEEDING (INCLUDING THE PRE-TRIAL CONFERENCE)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 3, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy Yoo (TR)    tjytrustee@lnbyb.com, tyoo@ecf.epiqsystems.com;tjy@trustesolutions.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On August 3, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Counsel for Defendant
Claytoff W. Davidson
McNees Wallace & Nurick LLC
P.O. Box 1166, 100 Pine Street
Harrisburg, PA 17101

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 3, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**